| Orlando Antwonie Harris | From the County Court at Law No. 2 |
| Appellant | of Potter County |
| v.  07-04-00505-CR | January 13, 2006 |
| The State of Texas | Opinion by Justice Reavis |
| Appellee | |

## J U D G M E N T

Pursuant to the opinion of the Court dated January 13, 2006, it is ordered, adjudged and decreed that part of the judgment suspending payment of the $1,000 fine in favor of two years community supervision is reversed and judgment is hereby rendered that appellant's punishment stands at a $1,000 fine; in all other respects the judgment is affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those which may have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o